No. 1959. PEOPLE, APPELLEE, v. VELÁZQUEZ, APPELLANT.—District Court of Humacao. Decided December 15, 1922. There being no bill of exceptions or statement of the case and no brief of the appellant, and the record not disclosing any fundamental error, the judgment is affirmed.

No. 1957. PEOPLE, APPELLEE, v. CARMONA, APPELLANT.—Second District Court of San Juan. Considering the decision in *People* v. *Pérez*, 23 P. R. R. 815, and the record disclosing no fundamental error, the judgment is affirmed.

No. 542. FRANCO, APPELLANT, v. REGISTRAR OF AGUADILLA, RESPONDENT.—Decided December 18, 1922. Appellant's motion of withdrawal is sustained.

No. 1991. PEOPLE, APPELLEE, v. ROLDÁN, APPELLANT.—District Court of Humacao. Decided December 18, 1922. There being no bill of exceptions or statement of the case and no brief of the defendant, and the record disclosing no fundamental error, the judgment is affirmed.

No. 2916. BUSIGÓ, APPELLEE, v. PADRÓ, APPELLANT.—District Court of Mayagüez. Decided December 21, 1923. There being no statement of the case and the transcript not having been filed, the motion for dismissal is sustained.

No. 2007. LLORENS, PLAINTIFF, v. GALARZA ET AL., DEFENDANTS. — District Court of Ponce. Contempt of court. Motion by the *Fiscal* for dismissal. Decided December 21, 1922. The appeal is dismissed.

No. 2881. MORAL & CO., LTD., APPELLEE, v. BULL INSULAR LINE, INC., APPELLANT. — District Court of Mayagüez. Decided December 30, 1922. The appellants motion of withdrawal is sustained.

No. 2019. PEOPLE, APPELLEE, v. REYES, APPELLANT.—District Court of Ponce. Decided January 8, 1923. Adulteration of milk. The appellant's motion of withdrawal is sustained.